CASS et al. v. REALTY SECURITIES CO. et al.

(Supreme Court, Appellate Division, First Department. May 12, 1911.)

RECEIVERS (§ 6*)—APPOINTMENT—NECESSITY.

A receiver need not be appointed pending trial, where plaintiffs can be protected by an order restraining defendants from paying out the moneys involved in the action.

[Ed. Note.—For other cases, see Receivers, Cent. Dig. § 12; Dec. Dig. § 6.*]

Appeal from Special Term, New York County.

Action by Charles Wyllys Cass and another against the Realty Securities Company and others. From an order denying a motion for the appointment of a receiver pending trial, plaintiffs appeal; and from so much of the order as conditioned the denial of the motion upon the giving of bond to secure payment of any judgment, defendants appeal. Affirmed, as modified.

Argued before INGRAHAM, P. J., and CLARKE, SCOTT, MILLER, and DOWLING, JJ.

Walter H. Bond, for plaintiffs.

Grenville Clark, for defendants.

PER CURIAM. From the papers presented to the court below, it appears that the plaintiffs can be protected by an injunction restraining

the defendants from distributing or paying out in any way the moneys involved in this action. Such relief was asked for both in the complaint and in the notice of motion, and we think that relief the court below should have granted.

The order, therefore, should be modified, by enjoining the defendants as above stated, and, as so modified, affirmed, without costs to either party.